

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR _193_ |
| | § | Judge _Crone_ |
| ALFRED PICK | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:  26 U.S.C. § 5861(d)
> (Possession of a Firearm Not Registered
> in the National Firearms Registration and
> Transfer Record)

On or about October 13, 2017, in the Eastern District of Texas, **Alfred Pick**, the

defendant, knowingly received and possessed a firearm, namely, a Unknown

manufacturer, .308 caliber fully automatic rifle, Model M14 with an obliterated Serial

Number, not registered to him in the National Firearms Registration and Transfer Record,

in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

In violation of 26 U.S.C. § 5861(d).

### Count Two

> Violation:  18 U.S.C. 922(g)(3)
> (Possession of a Firearm While an
> Unlawful User of a Controlled
> Substance)

On or about October 13, 2017, in the Eastern District of Texas, **Alfred Pick**,

defendant, then being an unlawful user of a controlled substance, that is, marijuana and

cocaine, did knowingly possess in and affecting interstate or foreign commerce the following firearm namely,

- a Beretta, Model A303, 12 gauge shotgun bearing Serial Number L51066E,

- a Smith and Wesson, Model 15-3, .38 caliber revolver bearing Serial Number 16K9861,

- a Rossi, Model M712, .357 caliber pistol bearing Serial Number F074991,

- a Rossi, Model M88, .38 revolver bearing Serial Number W266702,

- a Ruger, Model Security 6, .357 pistol bearing Serial Number 153-61385,

- a Colt, Model Government, .45 caliber pistol bearing Serial Number CV40465,

- a Glock, Model 33, .357 caliber pistol bearing Serial Number CFR276US,

- a North American Arms, .22 magnum bearing Serial Number E011558,

- Unknown manufacturer, .308 caliber fully automatic rifle, Model M14 with an obliterated Serial Number,

- a Harrington & Richardson, Model 12 gauge shotgun bearing Serial Number A416488,

- a Ruger, Model 10-22, .22 caliber rifle bearing Serial Number 123-80743,

- a Winchester, Model 94, 30-30 rifle bearing Serial Number 3229830,

- a Winchester, Model 70 XTR, .280 rifle bearing Serial Number G1748755, and

- a Walther, Model PP, 9mm pistol bearing Serial Number 38363.

In violation of 18 U.S.C. § 922(g)(3).

## Count Three

> Violation:  18 U.S.C. 922(k) (Possession of Firearm with an Obliterated Serial Number)

On or about October 13, 2017, in the Eastern District of Texas, **Alfred Pick**, defendant, did knowingly possess a firearm, namely a Unknown manufacturer, .308 caliber fully automatic rifle, Model M14 with an obliterated Serial Number, which has had the importer's or manufacturer's serial number removed, obliterated, or altered and has, at any time been shipped or transported in interstate or foreign commerce.

In violation of 18 U.S.C. § 922(k).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. 2461, and 49 U.S.C. § 80303, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

    a.  a Beretta, Model A303, 12 gauge shotgun bearing Serial Number L51066E;

    b.  a Smith and Wesson, Model 15-3, .38 caliber revolver bearing Serial Number 16K9861;

    c.  a Rossi, Model M712, .357 caliber pistol bearing Serial Number F074991;

    d.  a Rossi, Model M88, .38 revolver bearing Serial Number W266702;

    e.  a Ruger, Model Security 6, .357 pistol bearing Serial Number 153-61385;

    f.  a Colt, Model Government, .45 caliber pistol bearing Serial Number CV40465;

g. a Glock, Model 33, .357 caliber pistol bearing Serial Number CFR276US;

h. a North American Arms, .22 magnum bearing Serial Number E011558;

i. Unknown manufacturer, .308 caliber fully automatic rifle, Model M14 with an

obliterated Serial Number;

j. a Harrington & Richardson, Model 12 gauge shotgun bearing Serial Number

A416488;

k. a Ruger, Model 10-22, .22 caliber rifle bearing Serial Number 123-80743;

l. a Winchester, Model 94, 30-30 rifle bearing Serial Number 3229830;

m. a Winchester, Model 70 XTR, .280 rifle bearing Serial Number G1748755; and

n. a Walther, Model PP, 9mm pistol bearing Serial Number 38363;

o. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
TRACEY M. BATSON
Assistant United States Attorney

Thomas E. Gibson AUSA
for TMB

11-8-17
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR____ |
| | § | Judge _____ |
| ALFRED PICK | § | |

## NOTICE OF PENALTY

### Count One

Violation:   26 U.S.C. § 5861(d)

Penalty:    Imprisonment for a term of not more than ten years, a fine not to exceed
$250,000.00, or both; and supervised release of at least three years.

Special Assessment: $100.00

### Count Two

Violation:   18 U.S.C. § 922(g)(3)

Penalty:    Imprisonment for a term of not more than ten years; a fine not to exceed
$250,000.00; or both; and supervised release of not more than three years.

Special Assessment: $100.00

### Count Three

Violation:   18 U.S.C. § 922(k)

Penalty:    Imprisonment for not more than five years; a fine not to exceed $250,000,
or both. A term of supervised release of not more than three years.

Special Assessment: $100.00