IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 4:17CR192 |
| v. | § § | Judge Crone |
| ALFRED PICK | § § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Alfred Pick**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **William Cox, III**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On or about October 13, 2017, law enforcement received information that Alfred Pick was in possession of an unlicensed fully automatic weapon. A search warrant was executed at the defendant's residence located in Collin County, Texas, Eastern District of Texas. During the search, officers found marijuana, and approximately fourteen (14) firearms.

2. The firearms were described as a Beretta, Model A303, 12 gauge shotgun bearing Serial Number L51066E, a Smith and Wesson, Model 15-3, .38 caliber revolver bearing Serial Number 16K9861, a Rossi, Model M712, .357 caliber pistol bearing Serial Number F074991, a Rossi, Model M88, .38 revolver bearing Serial Number W266702, a Ruger, Model Security 6, .357 pistol bearing Serial Number 153-61385, a Colt, Model Government,

.45 caliber pistol bearing Serial Number CV40465, a Glock, Model 33, .357 caliber pistol bearing Serial Number CFR276US, a North American Arms, .22 magnum bearing Serial Number E011558, an Unknown manufacturer, .308 caliber fully automatic rifle, Model M14 with an obliterated Serial Number, a Harrington & Richardson, Model 12 gauge shotgun bearing Serial Number A416488, a Ruger, Model 10-22, .22 caliber rifle bearing Serial Number 123-80743, a Winchester, Model 94, 30-30 rifle bearing Serial Number 3229830, a Winchester, Model 70 XTR, .280 rifle bearing Serial Number G1748755, and a Walther, Model PP, 9mm pistol bearing Serial Number 38363.

3. During further investigation and interviews of numerous witnesses, it was determined that **Pick** used marijuana on a regular basis.

4. I, **Alfred Pick**, knew that I possessed the firearms described while I was an unlawful user of a controlled substance.

5. The firearms described above falls within the definition of "firearm" as found in 18 U.S.C. § 921(a)(3)(A).

6. The firearms described above were not manufactured in the State of Texas, and had traveled in interstate and/or foreign commerce.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute violations of 18 U.S.C. § 922(g)(3).

Dated: May 10, 2018

_____
ALFRED PICK
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and have reviewed it with my client, **Alfred Pick**. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: May 10, 2018

_____
WILLIAM COX, III
Attorney for Defendant