| | | | |
|---|---|---|---|
| DATE | 10/16/2018 | CASE NUMBER | 4:17cr192(1) |
| LOCATION | PLANO | USA | Tracey Batson — Assigned |
| JUDGE | Marcia Crone | VS | Tracey Batson — Appeared |
| DEPUTY CLERK | Bonnie Sanford | | |
| RPTR/ECRO | Lori Barnett | | ALFRED PICK |
| TAPE # | B  E | | Defendant |
| USPO | Russell Turkel | | |
| INTERPRETER: | | | Ryne Sandel |
| BEGIN | 2:10 pm / 4:25 pm | | Attorney |

## SENTENCING

X . . . . . .   Sentencing held

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|----|---------|------|------|------|---------|-------|------|-----------|
| 2  | 87 months |    |      |      | 3 years |       |      | $100.00   |
|    |           |    |      |      |         |       |      |           |
|    |           |    |      |      |         |       |      |           |

Govt motion to deny acceptance of responsibility granted.  Guideline range changed to 63-78 months.

Govt motion for upward variance (de#57) is granted.

The court adopts the facts as set forth in the presentence report.

The court recommends mental health treatment while incarcerated.
The court recommends drug treatment while incarcerated.
The court recommends FCI Seagoville, TX.

Govt motion to dismiss remaining counts granted.

X . . . . . .   **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**                    ☐ See reverse/attached for additional proceedings                    _____Adjourn