| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:17CR192 |
| | § | |
| ALFRED PICK (1) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 24, 2019, the report of the Magistrate Judge [Dkt. 79] was entered containing proposed findings of fact and recommendations that Defendant Alfred Pick's Motion to Reconsider Order Denying Application to Proceed on Appeal *In Forma Pauperis* [Dkt. 74] and Motion for Appointment of Counsel [Dkt. 75] each be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Alfred Pick's Motion to Reconsider Order Denying Application to Proceed on Appeal *In Forma Pauperis* [Dkt. 74] and Motion for Appointment of Counsel [Dkt. 75] are each hereby **DENIED**.

It is further **ORDERED** that within thirty (30) days of receipt of this Order Defendant shall pay the requisite filing fee to the Clerk of Court.

**IT IS SO ORDERED.**

**Signed this date**

**May 24, 2019**

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE